CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 1 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JEFFREY L. MOORE,
    Plaintiff,

Civil Action No.7:10-cv-00410

v.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

PULASKI COMMUNITY HOSPITAL,
    HCA OF SOUTHWEST VIRGINIA,
    HCA, INC., et al.
    Defendant(s).

ORDER

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motions for leave to proceed in forma pauperis are **DENIED**; the complaint is **DISMISSED without prejudice**; Magistrate Judge Michael F. Urbanski is authorized to consider and rule on any non-dispositive, pre-trial matters that may arise, pursuant to 28 U.S.C. § 636(b)(1)(A), nunc pro tunc to September 15, 2010; plaintiff's motion for recusal is **DENIED**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile the complaint as a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

    The Clerk is directed to send a copy of this order to plaintiff.

    ENTER: This 1st day of November, 2010.

                      /s/ Jackson L. Kiser
                      Senior United States District Judge